# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) Case No. 09-CR-00002-001
)
Mark T. Beattie II )
)
Defendant. )

## MOTION FOR EARLY TERMINATION OF PROBATION OR SUPERVISED RELEASE TERM

I, Mark T. Beattie II, was sentenced on July 31, 2009 to 366 days' imprisonment and 3 years' supervised release for the charge of False Statement in the Purchase of a Firearm. I was released from prison on August 5, 2010.

At this time, I respectfully request that my term of Supervised Release be terminated early for the following reasons: I have maintained stable, full-time employment as a professional flooring installer at Forever Flooring since my release from prison. I have a stable residence and strong family support. I have been in compliance with every condition of my supervised release. I have not engaged in any unlawful activity. I have been drug tested on a regular basis and all results were negative. I have discussed this request with my U.S. Probation Officer Tracey Begonia and she does not object to the early termination. She can be reached at 412-482-5041 for confirmation or questions.

_____
Mark T. Beattie II

AND NOW, THIS 16th DAY OF March, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

_____
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE